United States District Court
Southern District of Texas
**ENTERED**
September 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREG HUGGINS, Individually and For Others Similarly Situated,<br>                Plaintiff,<br><br>v.<br><br>BOARDWALK PIPELINES, LP,<br>                Defendant. | Case No. 4:21-cv-02273<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

## ORDER GRANTING NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court GRANTS Plaintiff's stipulation of dismissal of all claims against Boardwalk Pipelines, LP without prejudice. Accordingly, this action is hereby dismissed without prejudice.

It is so ORDERED.

SIGNED this _1st_ day of _September_, 2021.

                                                        UNITED STATES DISTRICT JUDGE